

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2022

No. 04-22-00196-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01945
Honorable Mary Lou Alvarez, Judge Presiding

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Beth Watkins, Justice

On March 31, 2022 and April 4, 2022, the trial court held a hearing resulting in the oral rendition of an order and a subsequent draft order titled "Permanency Hearing Order After Final Order" (the "April 4 order").

We ORDER the Department to file, no later than **April 18, 2022**: (1) the trial court's signed written order and (2) the transcript of the March 31, 2022 and April 4, 2022 hearings.

On March 6, 2022, the Relator filed a petition for writ of mandamus complaining of the April 4 order. Relator also filed a motion asking this court to stay: the April 4 order, "any similar orders that implicate the administration and supervision of Department personnel or duties," and "any contempt proceedings, sanctions, or incarceration of Department representatives that may arise from [the April 4 order] or similar orders."

This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The Respondent and the Real Parties in Interest may file a response to the petition in this court **no later than April 22, 2022.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

We GRANT the motion for temporary emergency relief in part as follows:

---

[1] This proceeding arises out of Cause No. 2020-PA-01945, styled *In The Interest of J.D. A Child*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.

1. The following decretal paragraphs in the trial court's April 4 order are STAYED pending further order of this court:

4.7. IT IS ORDERED that caseworker Amber Winters is discharged from this case effective immediately.

4.8. IT IS ORDERED that Eric Bryant and Diane Ruiz are appointed to assume the role of caseworker and to effectuate the move of the child to Tennessee.

4.9. IT IS ORDERED that the caseworker and unit assignment following the child's move to Tennessee shall be transferred to supervisor Sabrina Bedford. Eric Bryant and Diane Ruiz are to facilitate that transfer.

4.10. IT IS ORDERED that Eric Bryant and Diane Ruiz may lean on Sabrina Bedford's unit now if there is a caseworker in that unit that they trust to assist with the staffing of this case. But Eric Bryant and Diane Ruiz are to act in the role of caseworker until the child is moved to Tennessee.

4.11. IT IS ORDERED that the Attorney Ad Litem, Guardian Ad Litem and CASA volunteer are each ordered to e-file a bullet point report of concerns they have had with Amber Winters. These reports are to be e-filed by close of business on April 8, 2022.

4.12. IT IS ORDERED that all attorneys are to be copied on these e-filed reports and that the Assistant District Attorney will forward the reports to Eric Bryant and Diane Ruiz.

4.13. IT IS ORDERED that the Department is to staff with the Program Director regarding the reported concerns regarding caseworker Amber Winters. The Department is to e-file their corrective action plan to improve her work for future children. This is to be e-filed by the close of business on April 13, 2022.

2. Any further proceedings regarding the administration of Department personnel are STAYED pending further order of this court.

3. Any contempt proceedings, sanctions, or any enforcement of decretal paragraphs 4.7, 4.8, 4.9, 4.10, 4.11, 4.12, or 4.13 in the April 4 order are STAYED pending further order of this court.

It is so **ORDERED** on April 7, 2022.

**PER CURIAM**

ATTESTED: _____
MICHAEL A. CRUZ,
CLERK OF COURT